UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KENSHAWN GAVIN KING                                              CIVIL ACTION

VERSUS                                                                        NO. 23-6857

SUSAN HUTSON, ET AL.                                             SECTION "R" (3)

## ORDER AND REASONS

Plaintiff, Kenshawn Gavin King, filed this action pursuant to 42 U.S.C. § 1983 on December 7, 2023, while a pretrial detainee incarcerated at the Orleans Justice Center.[1] King claims that excessive force was used against him on June 12, 2023.[2] On March 15, 2024, mail sent to plaintiff at the Orleans Justice Center, his address of record, was returned to the Court as undeliverable.[3] Subsequent mail to him at the same address was likewise returned as undeliverable and stamped "NO LONGER IN CUSTODY."[4] On May 30, 2024, Magistrate Judge Eva J. Dossier issued a Report and Recommendation ("R&R"), recommending that the Court dismiss plaintiff's complaint without prejudice for failure to prosecute.[5] King did not object to the R&R. Therefore, the Court reviews the R&R for clear error. *See Douglass*

---

[1]   R. Doc. 4.
[2]   *Id.* at 4-5.
[3]   R. Doc. 14.
[4]   R. Doc. 17.
[5]   R. Doc. 19.

*v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b) advisory committee's note (1983) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court finds no clear error.

Accordingly, the Court adopts Magistrate Judge Dossier's R&R as its opinion. King's complaint is DISMISSED WITHOUT PREJUDICE for failure to prosecute.

New Orleans, Louisiana, this __10th__ day of July, 2024.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE